[No. 11629-8-III. Division Three. February 2, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. DONALD G. JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-1-00168-6, Michael E. Cooper, J., entered April 15, 1991. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 11590-9-III. Division Three. February 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. FORTINO ESCOBAR, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-1-00011-3, Susan L. Hahn, J., entered April 26, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 11248-9-III. Division Three. February 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CURTIS TATE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00378-0, John A. Schultheis, J., entered December 4, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.